# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL ACTION** |
| v. | : | |
| | : | No. 13-176-5 |
| **CYNTHIA E. BROWN** | : | |

## ORDER

**AND NOW** this **22ⁿᵈ day** of **May 2020**, upon consideration of Brown's Renewed Motion For Reduction in Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), and the response and reply thereto, and for the reasons outlined in this Court's Memorandum dated May 22, 2020, it is **ORDERED** that:

1. Brown's motion (Document No. 372) is **GRANTED**.

2. Brown's term of imprisonment is reduced to time served.

3. Brown shall be released from the custody of the Bureau of Prisons ("BOP") as soon as possible.

4. Upon her release from custody, Brown shall begin serving a period of supervised release.

5. Brown's term of supervised release is modified from the five-year period previously imposed to a period of six months' home confinement.

6. Following Brown's six-month period of home confinement, her supervised release shall terminate.

7. Immediately upon release from BOP custody, Brown shall self-quarantine for a period of fourteen days.

8. Within twenty-four hours of release, Brown shall contact the United States Probation Office and shall follow its instructions.

                                                      **BY THE COURT:**

                                                      **/s/Berle M. Schiller**
                                                    **Berle M. Schiller, J.**